**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 25-42927-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | VETTER, TROY STEPHEN | Date Filed (f) or Converted (c): | 08/06/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/10/2025 |
| | | Claims Bar Date: | 12/22/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | REAL ESTATE - HOMESTEAD | $689,923.50 | $432,313.66 | | $0.00 | FA |
| **Asset Notes:** | Single-family home Boyd TX, Wise County 76023 EXEMPT | | | | | |
| 2 | REAL ESTATE | $195,000.00 | $195,000.00 | | $91,875.00 | $103,125.00 |
| **Asset Notes:** | Land Alvord TX, Wise County 76225 NOT EXEMPT | | | | | |
| 3 | VEHICLES | $7,100.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2014 Ram 1500 Mileage: 225,000 Source of Value: NADA VIN: 1C6RR6PT1ES356394 EXEMPT | | | | | |
| 4 | VEHICLES | $12,350.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 2020 Subaru Ascent Mileage: 96,643 Source of Value: NADA VIN: 4S4WMARD8L3477400 EXEMPT | | | | | |
| 5 | VEHICLES | $3,625.00 | $0.00 | | $0.00 | $3,625.00 |
| **Asset Notes:** | 2016 Chevy Spark Mileage: 120,000 Source of Value: NADA VIN: KL8CB6SA4GC604166 CLAIMED EXEMPT | | | | | |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | $2,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Sofa, bed, dining room table and chairs, washer and dryer, refrigerator, microwave, dishwasher, grill, small appliances, linens, houseware, kitchenware, and household tools EXEMPT | | | | | |
| 7 | ELECTRONICS | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Television, smart phones (3), laptop EXEMPT | | | | | |
| 8 | COLLECTIBLES | $50.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 25-42927-MXM | Trustee Name: | John Dee Spicer |
|---|---|---|---|
| Case Name: | VETTER, TROY STEPHEN | Date Filed (f) or Converted (c): | 08/06/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/10/2025 |
| | | Claims Bar Date: | 12/22/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Asset Notes:** Books, prints, and knick-knacks <br> EXEMPT | | | | | |
| **Ref. #** | | | | | |
| 9  SPORTS EQUIPMENT | $750.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Bicycles (2)-mountain bikes <br> EXEMPT | | | | | |
| 10  FIREARMS | $500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Remington shotgun, Winchester rifle, ammo <br> EXEMPT | | | | | |
| 11  CLOTHES | $50.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Clothing, shoes, and accessories <br> EXEMPT | | | | | |
| 12  JEWELRY | $500.00 | $450.00 | | $0.00 | FA |
| **Asset Notes:** Everyday jewelry, costume jewelry, minimal value watches, wedding band, engagement ring <br> EXEMPT | | | | | |
| 13  NON-FARM ANIMALS | $1.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Family dog, sentimental value only <br> EXEMPT | | | | | |
| 14  CASH | $40.00 | $40.00 | | $0.00 | $40.00 |
| **Asset Notes:** NOT EXEMPT | | | | | |
| 15  DEPOSITS OF MONEY | $425.56 | $425.56 | | $0.00 | $425.56 |
| **Asset Notes:** Checking account: Wells Fargo <br> Account Number: 3014 <br> NOT EXEMPT | | | | | |
| 16  DEPOSITS OF MONEY | $4.06 | $4.06 | | $0.00 | $4.06 |
| **Asset Notes:** Savings account: AA Credit Union <br> Account Number: 1652 <br> NOT EXEMPT | | | | | |
| 17  NON-PUBLICLY TRADED ENTITIES | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Halo Consulting Solutions LLC <br> 95.00% <br> NOT EXEMPT | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 3

| Case No.: | 25-42927-MXM | Trustee Name: | John Dee Spicer |
| --- | --- | --- | --- |
| Case Name: | VETTER, TROY STEPHEN | Date Filed (f) or Converted (c): | 08/06/2025 (f) |
| For the Period Ending: | 12/31/2025 | §341(a) Meeting Date: | 09/10/2025 |
| | | Claims Bar Date: | 12/22/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18 | NON-PUBLICLY TRADED ENTITIES | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Si02 Fabricating - Filed Chapter 7  37.50%  NOT EXEMPT | | | | | |
| 19 | RETIREMENT ACCOUNTS | $29,760.22 | $0.00 | | $0.00 | FA |
| Asset Notes: | IRA: Fidelity IRA  EXEMPT | | | | | |
| 20 | RETIREMENT ACCOUNTS | $88,099.13 | $0.00 | | $0.00 | FA |
| Asset Notes: | IRA: Robinhood IRA  EXEMPT | | | | | |
| 21 | INTERESTS IN INSURNCE POLICIES | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Farmers - Term life insurance  Beneficiary: Spouse  EXEMPT | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- | --- |
| | $1,030,678.47 | $628,233.28 | | $91,875.00 | $107,219.62 |

**Major Activities affecting case closing:**

12/31/2025   [Semi-Annual Report]
The Trustee obtained a motion to sell ASSET #2 [DOC ##24 and 32]
Payments should be completed in the first 1/2 of 2026.
The Trustee has requested turnover of ASSET ##14-16.
The claims bar date was 12/22/2025.
Claims in the approximate amount of $435,000.00 have been filed to date.

**Initial Projected Date Of Final Report (TFR):** 06/30/2027   **Current Projected Date Of Final Report (TFR):**

/s/ JOHN DEE SPICER
JOHN DEE SPICER